UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>OWL EMPIRE LLC, et al.,<br><br>        Defendants. | Case No. 4:19-cv-02333-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 10 |

On August 27, 2019, Plaintiff filed a notice of settlement. Accordingly, the Court vacates all pending deadlines, and Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: August 28, 2019

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge